IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MARK FULTZ, | ) | C.A. NO.:2:21-cv-01863-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIAL STIPULATION OF** |
| | ) | **DISMISSAL** |
| BROTHERS PROPERTY MANAGEMENT | ) | **(not case ending)** |
| CORPORATION; PATRIOTS ANNEX, | ) | |
| LLC; PATRIOTS POINT DEVELOPMENT | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW, the Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) stipulates that this matter is dismissed only as to Defendant Patriots Annex, LLC. The dismissal is without prejudice. This matter will continue as to all other parties herein.

SO MOVED:                                                                WE CONSENT:

s/Anthony J. Brady, Jr. (w/ permission)                  s/ Stephanie G. Brown
Anthony J. Brady, Jr.                                              Morgan S. Templeton (Fed ID# 7187)
Law office of Anthony J. Brady, Jr.                       Stephanie G. Brown (Fed ID#12343)
1670-9 Springdale Drive                                        145 King Street, Suite 300
PMB 159                                                                  Charleston, SC 29401
Camden, South Carolina 29020                            (843) 329-9500
ladbrady@gmail.com                                             Wall Templeton & Haldrup, P.A.
**Attorneys for Plaintiff**                                        Stephanie.Brown@walltempleton.com
                                                                                  **Attorneys for Patriots Annex, LLC**

WE CONSENT:

 s/H. Brewton Hagood (w/ permission)
H. Brewton Hagood (Fed ID #1658)
151 Meeting Street, Suite 400
Charleston, South Carolina  29402
(843) 577-6726
Rosen Hagood, LLC
**Attorney for Patriots Point Development Authority**

1